Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

CIVIL Division

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 JUL 16  P 2:04

A. JABIR NASH

)
)
) Case No. _____
)   (to be filled in by the Clerk's Office)
)
)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: (check one)  ✔ Yes   ☐ No

-v-

PATERSON PUBLIC SCHOOLS
DR. LAURIE W. NEWELL
BRIDGET NAVIERRA
MAZUZA MATARI

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | A. Jabir Nash |
| Address | 981 Madison Avenue |
| City | Plainfield |
| State | NJ |
| Zip Code | 07060 |
| County | Union |
| Telephone Number | 908.296.8091 |
| E-Mail Address | aaiksa@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Dr. Laurie W. Newell |
| Job or Title (if known) | Superientendent -Paterson Public Schools |
| Address | 90 Delaware Avenue |
| City | Paterson |
| State | NJ |
| Zip Code | 07501 |
| County | Passaic |
| Telephone Number | 987.321.7204 |
| E-Mail Address (if known) | lnewell@paterson.k12.nj.us |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Bridget Naveira |
| Job or Title (if known) | Principal-Roberto Clemente Elementary School |
| Address | 434 Rosa Parks Boulevard |
| City | Paterson |
| State | NJ |
| Zip Code | 07501 |
| County | Passaic |
| Telephone Number | 973.321.0340 |
| E-Mail Address (if known) | naveirab@paterson.k12.nj.us |

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Mazuza Matari
- Job or Title (if known): Vice Principal- Roberto Clemente Elementary School
- Address: 434 Rosa Parks Boulevard
  - City: Paterson
  - State: NJ
  - Zip Code: 07501
- County: Passaic
- Telephone Number: 973.321.0340
- E-Mail Address (if known): mmatari@paterson.k12.nj.us

[ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Age Discrimination in Employment Act
Americans with Disabilities Act
Equal Protection Clause
Title VII

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All above named defendants, acting unde the color of state law violated my constitutional and stautory rights by relying on my expunged criminal records in denying me the opportunity to fairly fulfill my job. I never was provided with a mentor as a first year teacher in the district. Such conduct, under the color of law denied me equal protection and and due process guaranteed by U.S. and N.J. Constitution.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Roberto Clemente Elementary School
434 Rosa Parks Boulevard
Paterson, NJ 07501

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

September 28, 2024-June 25, 2025

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE ATTACHED

Plaintiff an African American male interviewed for a position as an Educational Media Specialist with the Paterson Public Schools on/or about August 15, 2024. A contract was signed, and the plaintiff began work on September 28, 2024.

Subsequent to his start date the plaintiff signed a Teacher Residency Agreement (N.J.S.A:26-2a) with the district which Principal Bridget Naveira / Vice-Principal Mazuza Matari also endorsed. This is a yearlong practice-based teacher preparation model. New teachers receive mentorship, coaching, coursework and support.  a structured support and training system for new or novice teachers, its goal to improve teacher effectiveness, retention and equity in education. Upon completion of this residency a teacher is approved or not approved, it supports teacher certification issuance.

Upon my arrival, I was never introduced to fellow staff members formally and/or informally which I found odd. It was during my third  week of working I was approached and  I was informed by a fellow staff member(wants to remain anonymous) that several of the staff members had conducted an internet search collectively and individually concerning a past criminal action which was expunged, and I was exonerated from. The individual told me that the administration and the staff did not want to work with me and did not feel comfortable working with me nor were they happy about me being around the students. The ensuing days and weeks to come I feel the isolation and the coldness. I would walk into the teacher room. The room would get quiet, I would approach to get on the elevator, teachers would say I'll walk upstairs or take the next elevator. However, things became most obvious to me when I started asking about being assigned a mentor both principal and vice principal assured me that I would be fine that they would assist me through the process. I would be present in staff meeting and I discovered that I was not given access to file files, what was most alarming was the fact that the gym teacher had more access to files then I did. I was supposed to be support the school reading initiatives. The year is moving along and were at the end of the year its November and the welcoming committee is starting to put together its annual Holiday Party which was to be held on December 16, 2024. I was asked was I interested in attending by Mary Andersen, I replied yes. I believe several

days had passed I go to the staff teacher room and I see the list for all interested in attending and all the spots are filled. I was told that you must sign up quickly because there is a limited amount of space. I didn't bother because I sense I wasn't wanted there. Additionally, I was told that a staff email was circulating which my name was never a part of. In fact, the principal would send out group emails which I wasn't a part of I would get information from the Computer Teacher. So, the party took place. The next morning after the party the same staff member who informed me about the staff members doing internet searches informed me that there was an open forum regarding my past criminal history which was expunged I never gave them permission to have a discussion at the Holiday Party.

The new year is here teacher evaluations had to be completed. I did not do well regarding teacher evaluation I never got any support from the administration or coworkers. On May 15, 2025 I was given my final evaluation with a non-approval for continued employment. I asked both the principal and vice-principal for a copy of the Residency Agreement I was told that I had to speak to Human Resources/Superintendent which I questioned because they signed it initially but refuse to sign off which is required.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress (loss of sleep, depression, anxiety, loss of appetite)
Lost wages and benefits
Mental Anguish
Career Advancement
Harm to reputation

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Jury trial
Plaintiff seeks 10 million dollars for compensatory damages
Plaintiff seeks 5 million dollars for pain and suffering
reinstatement to a position as Educational Media Specialist
Issuance of standard Educational media Specialist Certification.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/15/2025

Signature of Plaintiff

Printed Name of Plaintiff   A. Jabir Nash

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

    City      State      Zip Code

Telephone Number
E-mail Address

Page 6 of 6