

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
**csglaw.com**

NICHOLAS A. GRIECO
Member

ngrieco@csglaw.com

O  973.530.2054                    F  973.325.1501

April 2, 2026

**Filed Via ECF**
Honorable Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Nash v. Paterson Public Schools, et al.*
     Docket No. 2:25-cv-13405-EP-LDW

Dear Judge Padin:

   This office represents Defendants Paterson Public Schools, Dr. Laurie W. Newell, Bridget Navierra, and Mazuza Matari ("Defendants") in the above-referenced matter. Our office is in receipt of Plaintiff's "Amended Opposition" that was filed on March 31, 2026. (ECF No. 18). Defendants object to Plaintiff's submission, which can only be characterized as an improper sur-reply filed without leave from the Court. Plaintiff's submission violates Local Rule 7.1(d)(6), and we therefore ask that the Court not consider Plaintiff's "Amended Opposition" in connection with its ruling on Defendants' Motion to Dismiss. Defendants filed their motion on February 2, 2026 and it was fully briefed as of March 6, 2026. To allow Plaintiff's untimely and unauthorized sur-reply would unfairly prejudice Defendants. In the event that that the Court is willing to accept Plaintiff's "Amended Opposition" (ECF No. 18), then Defendants request that the Court allow Defendants an opportunity to file a reply to the "Amended Opposition" within 7 days from any Order entered by the Court. We thank the Court for its attention to this matter.

       Respectfully submitted,

       */s/ Nicholas A. Grieco*
       NICHOLAS A. GRIECO

cc: A. Jabir Nash (*via ECF, e-mail, and regular mail*)